**Aloysius GRAHAM, individually and on behalf of others similarly situated, Plaintiff–Appellant**

v.

**CHESAPEAKE LOUISIANA, L.P.; Chesapeake Operating, Incorporated, Defendants–Appellees.**

**No. 13–31239**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 16, 2014.

Stephen M. Irving, Steve Irving, L.L.C., Baton Rouge, LA, Ryan E. Gatti, Bossier City, LA, for Plaintiff–Appellant.

Michael Beatty Donald, Esq., Joshua A. Norris, Esq., Jones Walker LLP, Houston, TX, for Defendants–Appellees.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The district court judgment is affirmed for the reasons given by that court and

published and is not precedent except under

because no lease or commitment to lease was executed by the parties.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.